[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10284
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00004-LGW-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HOSEA G. SHERROD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(November 7, 2019)

Before WILLIAM PRYOR, BRANCH and GRANT, Circuit Judges.

PER CURIAM:

Attilio J. Balbo, appointed counsel for Hosea Sherrod in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sherrod's conviction and sentence are **AFFIRMED**.